## LESLY SAINTVAL *v.* COMMISSIONER OF CORRECTION

The petitioner Lesly Saintval's petition for certification for appeal from the Appellate Court, 94 Conn. App. 283 (AC 26434), is denied.

*Martin Zeldis,* public defender, in support of the petition.

Decided May 24, 2006

## DEUTSCHE BANK *v.* LISA WELCH ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 27347) is denied.

*Genevieve P. Salvatore,* in support of the petition.

*Daniel B. Glass,* in opposition.

Decided May 24, 2006